## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 20, 2016

_____

DOCKET CORRECTION NOTICE
_____

No.   16-1062,        <u>Appalachian Power Company v. William Nissen, II</u>
                     7:14-cv-00535-NKM-RSB

TO:   James Frederick Watson

FILING CORRECTION DUE:  January 25, 2016

Please make the correction identified below and file a corrected document by the date indicated.

_____

[X] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.


Michael Radday, Deputy Clerk
804-916-2702